IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 99-127M (MPT) |
| | ) |
| EDWARD HARTERY, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court, in the exercise of prosecutorial discretion, to dismiss the Criminal Complaint and Warrant for Arrest issued on or about December 2, 1999.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 12-13-05

IT IS SO ORDERED this 21st day of DECEMBER, 2005.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
DEC 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE